UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:  Adolph Truman Heath   xxx-xx-4942         Case Number   **14-25251-BKC-JKO**
        Sadie Veronica Heath   xxx-xx-9433         Chapter       **7**

                Debtors
_____/

# DEBTORS' MOTION TO REOPEN CASE
# TO REQUEST ENTRY OF DISCHARGE

**COME NOW**, the Debtors ADOLPH TRUMAN HEATH AND SADIE VERONICA HEATH, by and through their undersigned counsel, and file this their Motion to Reopen Case to Request Entry of Discharge and, in support therefor, state the following:

1. On January 28, 2015, the Court entered an Order Closing the above styled case due to the Debtors' failure to file Official Bankruptcy Form 23; "Debtor's Certification of Completion of Instructional Course Concerning Financial Management".

2. Coincident with the filing hereof the Debtors are each filing Official Bankruptcy Form 23; "Debtor's Certification of Completion of Instructional Course Concerning Financial Management", along with Certificates of Completion of the Financial Management class .

3. The Debtors will suffer hardship if their above styled case is not reinstated.

4. All filing and administrative fees required to be paid by the Debtors for this case have been paid.

**WHEREFORE**, Debtors ADOLPH TRUMAN HEATH AND SADIE VERONICA HEATH respectfully request

    a)    that this Court reopen this above styled case, and

    b)    that the Clerk be directed to issue a Discharge.

SIGNED:    /s/ Kenneth M. Stein
Kenneth M. Stein, Esq.
Attorney for Debtor(s), Bar No. 165832
2701 West Oakland Park Boulevard Suite 240
Fort Lauderdale, FL 33311
steinkenneth6@gmail.com
sdm@affproserv.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Motion to Reopen has been furnished electronically, by ecf, on the date written below to:

| | |
|---|---|
| Christopher A Ewbank | bkfl@albertellilaw.com |
| Annessa S Kalloo | bkfl@albertellilaw.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Leslie S Osborne | osbornetrustee@kennethrappaportlawoffice.com, lso@trustesolutions.com;lo@trustesolutions.net |

DATED: February 4, 2015

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

/s/ Kenneth M. Stein
Kenneth M. Stein, Esq.
Attorney for Debtor(s), Bar No. 165832
2701 West Oakland Park Boulevard Suite 240
Fort Lauderdale, FL 33311
steinkenneth6@gmail.com
sdm@affproserv.com