CGFD64 (2/22/11)



ORDERED in the Southern District of Florida on February 5, 2015



**John K Olson**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 14–25251–JKO

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Adolph Truman Heath
3378 NW 22nd Street
Lauderdale Lakes, FL 33311

Sadie Veronica Heath
3378 NW 22nd Street
Lauderdale Lakes, FL 33311

SSN: xxx–xx–4942

SSN: xxx–xx–9433

## ORDER REOPENING CASE TO ISSUE DISCHARGE OF DEBTOR UPON FILING OF DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

THIS CAUSE having come before the court ex parte upon the motion to reopen case to file the Official Bankruptcy Form "DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT" and to request entry of the discharge pursuant to Local Rule 5010–1(G), and the court having considered the motion and having determined that the debtor(s) has paid the required reopening fee and has now met all requirements for issuance of a discharge, it is

**ORDERED** that this case is reopened to issue a discharge to the debtor(s) Adolph Truman Heath and Sadie Veronica Heath . The clerk of court shall serve a copy of the discharge on all parties of record. Upon issuance and service of the discharge, this case shall be reclosed without further order of the court.

### # # #

The clerk shall serve a copy of this order on the Debtor, Attorney for Debtor and the case Trustee