UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:
Adolph Truman Heath
And Sadie Veronica Heath

Case No. 14-25251-JKO
Chapter: 7

_____Debtor_____/

## FINAL REPORT OF LOSS MITIGATION MEDIATOR

The undersigned court-appointed loss mitigation Mediator, reports to the Court as follows:

**A.** The final Loss Mitigation Mediation ("LMM") conference was conducted on February 6, 2015 and the following parties were present:

1. [ X ] The Debtor [and Debtor's attorney], Adolph and Sadie Heath, Kenneth Stein, Esq.
2. [ ] The co-obligor/co-borrower/or other third party,_____
3. [ X ] The Lender's representative, Josh Ring_____
   and Lender's attorney, Jeff Fraser, Esq._____
4. [ ] Other: _____

**B.** The final LMM conference was scheduled for _____, but not conducted for the following reason:

1. [ ] The parties settled prior to attending.
2. [ ] The case was dismissed.
3. [ ] The Debtor or [ ] Debtor's attorney failed to attend.
4. [ ] The Lender's representative or [ ] Lender's attorney failed to attend.
5. [ ] Other: _____.

**C.** The result of the LMM conference is as follows:

1. [ ] The parties reached an agreement.
2. [ X ] The parties did not reach an agreement.

Dated: February 6, 2015

Signature of Mediator
Print name: Kimberly A. Gilmour_____
Address:_4179 Davie Road – Suite 101
City, State, Zip Code: Davie, FL  33314_
Telephone:954-584-6460_____
email: Gilmourlaw@aol.com_____

Copies to:[all parties to mediation]
LMM-LF-11 (04/01/13)